IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF WOLINSKI,

        Plaintiff,                  No. 2:10-cv-3018 KJN P

     vs.

MAURICE JUNIOUS, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis and a request for temporary restraining order. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

1

1   Plaintiff names five defendants located at California State Prison-Sacramento. However, there are no charging allegations against these defendants included in the complaint, and it appears plaintiff may have added their names upon his transfer to California State Prison, where he is presently housed. If plaintiff seeks to bring a civil rights action against defendants located at California State Prison, plaintiff must first exhaust his administrative remedies against them by pursuing grievances through the third level Director's review at California State Prison-Sacramento prior to bringing an action in federal court. 42 U.S.C. § 1997e(a); Porter v. Nussle, 534 U.S. 516, 524, 532 (2002).

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis or motion for temporary restraining order;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 15, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

woli3018.22